



FELONY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SUPERSEDING BILL OF INFORMATION FOR VIOLATIONS OF THE
FEDERAL CONTROLLED SUBSTANCES ACT AND FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-128 |
| v. | * | SECTION: "D" |
| LARRY DAVIS<br>a/k/a "La La"<br>ALEX MILLER<br>a/k/a "G Baby" | *<br>*<br>*<br>* | VIOLATIONS: 21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 841(b)(1)(C)<br>18 U.S.C. § 2<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(c)(1)(A) |

\* \* \*

The United States Attorney charges that:

## COUNT 1

Beginning on a date unknown, and continuing until on or about the date of this Superseding Bill of Information, in the Eastern District of Louisiana and elsewhere, the defendants, **LARRY DAVIS** and **ALEX MILLER**, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the United States Attorney, to distribute and to possess with the intent to distribute 100 grams or more of a mixture or substance containing a

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B); all in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about August 8, 2016, in the Eastern District of Louisiana, the defendant, **ALEX MILLER**, did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 3

On or about September 2, 2016, in the Eastern District of Louisiana, the defendant, **ALEX MILLER**, did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 4

On or about February 16, 2017, in the Eastern District of Louisiana, the defendant, **ALEX MILLER**, did knowingly and intentionally possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 5

On or about February 16, 2017, in Washington Parish, Louisiana, in the Eastern District of Louisiana, the defendant, **ALEX MILLER**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on February 24, 2005, in case number 391802-1, in the 22nd Judicial District Court for the State of Louisiana,

for distribution of a Schedule II controlled substance, in violation of Louisiana R.S. 40:967(C), knowingly possessed a firearm, to wit: a Norinco Model SKS, 7.62x39mm caliber semi-automatic rifle, bearing serial number 9225442, and the firearm was in and affecting interstate commerce; all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 6

On or about February 16, 2017, in Washington Parish, Louisiana, in the Eastern District of Louisiana, the defendant, **LARRY DAVIS**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on August 13, 1998, in case number 98-132, in the United States District Court for the Eastern District of Louisiana, for distribution of a Schedule II controlled substance, in violation of 21 U.S.C § 841(a)(1), and a conviction on June 23, 2003, in case number 02-339, in the United States District Court for the Eastern District of Louisiana, for conspiracy to distribute a Schedule I controlled substance, in violation of 21 U.S.C §§ 841(a)(1), 841(b)(1)(B), and 846, and distribution of a Schedule I controlled substance, in violation of 21 U.S.C §§ 841(a)(1) and 841(b)(1)(B); knowingly possessed, a firearm, to wit: a Smith & Wesson Model SD40VE, .40 caliber semi-automatic pistol, bearing serial number FWM7357, and the firearm was in and affecting interstate commerce; all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 7

On or about September 6, 2017, in the Eastern District of Louisiana, the defendant, **ALEX MILLER**, did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 8

On or about November 20, 2017, in Washington Parish, in the Eastern District of Louisiana, the defendant, **ALEX MILLER**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on February 24, 2005, in case number 391802-1, in the 22nd Judicial District Court for the State of Louisiana, for distribution of a Schedule II controlled substance, in violation of Louisiana R.S. 40:967(C), knowingly possessed a firearm, to wit: a Glock Model 22, .40 caliber semi-automatic pistol, bearing serial number MNW198, and the firearm was in and affecting interstate commerce; all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 9

On or about November 20, 2017, in the Eastern District of Louisiana, the defendant, **ALEX MILLER**, did knowingly and intentionally possess a firearm, to wit: a Glock Model 22, .40 caliber semi-automatic pistol, bearing serial number MNW198; in furtherance of drug-trafficking crimes for which he may be prosecuted in a court of the United States, to wit: a conspiracy to distribute and to possess with the intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, as charged in Count 1 of this Superseding Bill of Information; all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(A)(i), and 2.

## NOTICE OF DRUG FORFEITURE

1.    The allegations of Counts 1, 2, 3, 4, and 7 of this Superseding Bill of Information are alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts 1, 2, 3, 4, and 7, the defendants, **LARRY DAVIS** and **ALEX MILLER,** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1, 2, 3, 4, and 7 of this Superseding Bill of Information.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above-forfeitable property.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF GUN FORFEITURE

1. The allegations of Counts 5, 6, 8, and 9 of this Superseding Bill of Information are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.  As a result of the offenses alleged in Counts 5, 6, 8, and 9, the defendants, **LARRY DAVIS** and **ALEX MILLER**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), made applicable through Title 28, United States Code, Section 2461(c), any firearm or ammunition, which was involved in or used in a knowing violation of Title 18, United States Code, Sections 924(c)(1)(A), 922(g)(1), and 924(a)(2), as alleged in Counts 5, 6, 8, and 9 of this Superseding Bill of Information.

3.  If any of the above-described forfeitable property, as a result of any act or omission of a defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property, which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above-forfeitable property.

All in violation of Title 18, United States Code, Section 924(d)(1), made applicable through Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

PETER G. STRASSER
UNITED STATES ATTORNEY

_____
ANDRE' G. JONES
Assistant United States Attorney

New Orleans, Louisiana
July 22, 2019

No. 18-128 "D"

# UNITED STATES DISTRICT COURT
Eastern _District of_ Louisiana
Criminal _Division_

## THE UNITED STATES OF AMERICA

vs.

**LARRY DAVIS**
a/k/a "La La"
**ALEX MILLER**
a/k/a "G Baby"
**LERONE HINES**

# BILL OF INFORMTION
SUPERSEDING BILL OF INFORMATION FOR
FEDERAL CONTROLLED SUBSTANCES ACT
AND FEDERAL GUN CONTROL ACT

VIOLATIONS: 21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(c)(1)(A)

A true bill.

_____
Foreperson

Filed in open court this _____ day of _____ A.D. 2019.

_____
Clerk

Bail, $ _____

_____
ANDRE' G. JONES
Assistant United States Attorney