MINUTE ENTRY
VITTER, J.
JANUARY 23, 2020
JS10:  00:31

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 18-128 |
| ALEX MILLER | SECTION   "D" |

**SENTENCING**

COURTROOM DEPUTY:  Cherie Stouder
COURT REPORTER:   Nichelle Drake
LAW CLERK:        Frannie Montegut

APPEARANCES:   Nicholas Moses and Andre Jones, Counsel for the Government
Stephen Shapiro, Counsel for the Defendant
Shalita Morgan, U.S. Probation Officer
Alex Miller, Defendant

Case called at 1:34 p.m.; all present and ready.
Statement by defendant in mitigation of sentence.
Statement by defense counsel in mitigation of sentence.
Defendant sentenced as to Counts 1, 5, 8 and 9 of the Superseding Bill of Information.
The Government's Motion for a Three-Level Reduction (Rec. Doc. 84) is hereby ORDERED – GRANTED.
Government's oral motion to dismiss all remaining counts of the Indictment and the Superseding Bill of Information is hereby ORDERED – GRANTED.
See Judgment.
The defendant was remanded to the custody of the U.S. Marshal.
Court adjourned at 2:05 p.m.

WBV